# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL URBAN LEAGUE, on behalf of itself and its members; COMMON CAUSE, on behalf of itself and its members; LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, on behalf of itself and its members,<br><br>Plaintiffs,<br><br>vs.<br><br>LOUIS DEJOY, in his official capacity as Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>Defendants. | No. 1:20-cv-2391<br><br>**NOTICE OF DEPOSITION OF UNITED STATES POSTAL SERVICE** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs represented by the Lawyers' Committee for Civil Rights Under Law and Arnold & Porter Kaye Scholer LLP, National Urban League, Common Cause, and League of Women Voters of the United States (collectively, the "Plaintiffs") hereby notice the deposition upon oral examination of the United States Postal Service ("USPS") through the officers, directors, agents, or other persons with the most knowledge concerning the topics listed in Exhibit A, which is incorporated by reference as if set forth fully herein. The deposition will commence at 9:00 a.m. on or before September 8, 2020, remotely, using audio-visual conference technology, or at such date, time, and place as is otherwise agreed to by the parties or ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that the deposition will be taken before a notary public or other officer duly authorized to administer oaths, will be recorded by stenographic and videographic means, and will continue from day to day until completed. You are invited to attend

and participate in the manner provided for in the Federal Rules of Civil Procedure. USPS is requested to provide counsel for Plaintiffs with written notice two business days before the deposition, of the name(s) and position(s) of the designee(s) who will testify on behalf of USPS and to identify the matters on which each designee will testify.

**PLEASE TAKE FURTHER NOTICE** that defendants are required to produce the documents described in **Exhibit B**.

| Dated: August 26, 2020 | Respectfully submitted, |
|---|---|
| **LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Kristen Clarke** | /s/ Kenneth L. Chernof |
| Jon M. Greenbaum** | Kenneth L. Chernof (Bar No. 17195) |
| Ezra D. Rosenberg** | John A. Freedman (Bar No. 20276) |
| Bradley S. Phillips** | Allon Kedem* |
| Ajay Saini** | Andrew Tutt* |
| Ryan Snow** | Daniel Jacobson** |
| Lawyers' Committee for Civil Rights Under Law | Lindsey D. Carson* |
| 1500 K Street NW | Stephen K. Wirth* |
| Washington, DC 20001 | Kaitlin Konkel (Bar No. 20001) |
| jgreenbaum@lawyerscommittee.org | Graham W. White** |
| erosenberg@lawyerscommittee.org | Leslie C. Bailey* |
| bphillips@lawyerscommittee.org | Catherine McCarthy* |
| asaini@lawyerscommittee.org | Arnold & Porter Kaye Scholer LLP |
| rsnow@lawyerscommittee.org | 601 Massachusetts Avenue NW |
|  | Washington, DC 20001-3743 |
|  | (202) 942-5000 |
|  | ken.chernof@arnoldporter.com |
|  |  |
|  | Douglas A. Winthrop* |
|  | Benjamin T. Halbig* |
|  | Arnold & Porter Kaye Scholer LLP |
|  | Three Embarcadero Center - 10th Floor |
|  | San Francisco, CA 94111-4024 |
|  | douglas.winthrop@arnoldporter.com |

*Counsel for Plaintiffs National Urban League, Common Cause, and League of Women Voters of the United States*

\* *Pro hac vice*
\*\* *Pro hac vice* application forthcoming

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL URBAN LEAGUE, on behalf of itself and its members; COMMON CAUSE, on behalf of itself and its members; LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, on behalf of itself and its members,<br><br>Plaintiffs,<br><br>vs.<br><br>LOUIS DEJOY, in his official capacity as Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>Defendants. | No. 1:20-cv-2391<br><br>**TOPICS FOR DEPOSITION PURSUANT TO FRCP 30(b)(6) AND REQUESTS FOR PRODUCTION OF DOCUMENTS** |

## DEFINITIONS

"USPS" means that entity, as well as its officers, employees, agents, attorneys, and Board of Governors.

## MATTERS FOR EXAMINATION

1. USPS's estimates, evaluations, predictions, and expectations regarding the number of individuals who will vote or attempt to vote by mail in the November 3, 2020 election and regarding the capacity of the Postal Service to, and efforts by the Postal Service to, deliver applications for absentee or mail-in ballots, blank absentee or mail-in ballots, and completed absentee or mail-in ballots in a manner that ensures voters' ballots will be received by election officials in time to be counted in the November 3, 2020 election.

2. USPS's decision in 2020 to decommission, remove, render inoperable, and/or destroy mail-sorting machines and Postal Service collection mailboxes; the actual

decommissioning, removal, rendering inoperable, and/or destruction of such machines and mailboxes; and the decision not to re-install or reactivate such machines and mailboxes.

3. USPS's decisions in 2020 to eliminate or reduce overtime for Postal Service workers and "late trips" and/or "extra trips" by employees to deliver mail; and to direct postal workers to leave mail behind at distribution centers for delivery on a future date if collecting it would delay letter carriers from their routes.

4. USPS's 2020 initiative called "Expedited Street/Afternoon Sortation" ("ESAS").

5. USPS's decisions in 2020 to not treat all election mail as First-Class with respect to delivery times, irrespective of the class of mail used to send it, and to prioritize the delivery of packages above the delivery of letter mail.

6. USPS's policies and practices with respect to the postmarking of election mail.

7. USPS's decisions in 2020 to reassign or displace Postal Service executives, freeze management hiring, and implement an early retirement program for employees not represented by a collective bargaining agreement.

8. USPS's decision in 2020 to bar Postal Service employees from witnessing mail-in ballots while on duty.

9. The letters sent from USPS's General Counsel to state election officials in 2020 regarding state deadlines for absentee and mail-in ballots and USPS's delivery of election mail.

10. Postmaster General DeJoy's August 18, 2020 statement that he was "suspending" certain "initiatives" until "after the election," including any actions taken or planned to be taken pursuant to Postmaster General DeJoy's August 18, 2020 statement.

11. Mr. DeJoy's testimony to the House Oversight Committee and the Senate Homeland Security and Governmental Affairs Committee in August, 2020, including his testimony that his changes caused a nationwide change in the nature of postal services in "[e]very state a truck moves in."
12. USPS's decisions and deliberations regarding whether to consult or seek approval from the Postal Regulatory Commission with respect to any of the subjects identified in paragraphs 1 through 11.
13. Communications between the USPS and other federal officials concerning any of the subjects identified in paragraphs 1 through 11.
14. Communications between the USPS and representatives of any political-party or advocacy organization concerning any of the subjects identified in paragraphs 1 through 11.

| Dated: August 26, 2020 | Respectfully submitted, |
|---|---|
| **LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| | /s/ Kenneth L. Chernof |
| Kristen Clarke** | Kenneth L. Chernof (Bar No. 17195) |
| Jon M. Greenbaum** | John A. Freedman (Bar No. 20276) |
| Ezra D. Rosenberg** | Allon Kedem* |
| Bradley S. Phillips** | Andrew Tutt* |
| Ajay Saini** | Daniel Jacobson** |
| Ryan Snow** | Lindsey D. Carson* |
| Lawyers' Committee for Civil Rights Under Law | Stephen K. Wirth* |
| 1500 K Street NW | Kaitlin Konkel (Bar No. 20001) |
| Washington, DC 20001 | Graham W. White** |
| jgreenbaum@lawyerscommittee.org | Leslie C. Bailey* |
| erosenberg@lawyerscommittee.org | Catherine McCarthy* |
| bphillips@lawyerscommittee.org | Arnold & Porter Kaye Scholer LLP |
| asaini@lawyerscommittee.org | 601 Massachusetts Avenue NW |
| rsnow@lawyerscommittee.org | Washington, DC 20001-3743 |
| | (202) 942-5000 |
| | ken.chernof@arnoldporter.com |
| | |
| | Douglas A. Winthrop* |
| | Benjamin T. Halbig* |
| | Arnold & Porter Kaye Scholer LLP |
| | Three Embarcadero Center - 10th Floor |
| | San Francisco, CA 94111-4024 |
| | douglas.winthrop@arnoldporter.com |

*Counsel for Plaintiffs National Urban League, Common Cause, and League of Women Voters of the United States*

\* *Pro hac vice*
\*\* *Pro hac vice* application forthcoming