# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL URBAN LEAGUE, on behalf of itself and its members; COMMON CAUSE, on behalf of itself and its members; LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, on behalf of itself and its members,<br><br>Plaintiffs,<br><br>vs.<br><br>LOUIS DEJOY, in his official capacity as Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>Defendants. | No. 1:20-cv-2391 |

## ORDER

Upon consideration of Plaintiffs' Motion to Expedite Consideration of Plaintiffs' Motion for Leave to Conduct Limited Expedited Discovery, having found good cause in support of the motion, it is hereby ORDERED that the motion is GRANTED.

The Motion for Leave to Conduct Limited Expedited Discovery shall be briefed and heard on the following schedule:

Plaintiffs filed their Motion for Leave to Conduct Limited Expedited Discovery on August 26, 2020.

Defendants shall file a Response in Opposition to Plaintiffs' Motion, if any, on or before September 1, 2020.

Plaintiffs may file a Reply on or before September 2, 2020.

1

A hearing on Plaintiffs' Motion for Leave to Conduct Limited Expedited Discovery shall be held ~~if necessary~~.

Date: August 28, 2020

_____
George L. Russell, III
United States District Judge