# INDEX OF EXHIBITS

| No. | Exhibit |
|---|---|
| 1 | United States Postal Service (USPS), FY2019 Annual Report to Congress (Dec. 27, 2019), https://bit.ly/2RSMnUN |
| 2 | Declaration of Angela Curtis, Vice President, Retail and Post Office Operations, USPS Headquarters, filed by defendants as pages 29–199 of ECF No. 76-2 in *Washington v. Trump*, Case No. 1:20-cv-03127 (E.D. Wash. Sept. 15, 2020) |
| 3 | Declaration of Ruth Y. Goldway, former Chairwoman (1998–2015), U.S. Postal Regulatory Commission |
| 4 | Declaration of Robert Glass, Manager, Operations Industrial Engineering, USPS Headquarters, filed by defendants as pages 27–62 of ECF No. 76-3 in *Washington v. Trump*, Case No. 1:20-cv-03127 (E.D. Wash. Sept. 15, 2020) |
| 5 | USPS, Office of the Inspector General, Audit Report: Service Performance of Election and Political Mail During the 2018 Midterm and Special Elections, Report No. 19XG010NO000-R20 (Nov. 4, 2019), https://bit.ly/2Et79Y0 |
| 6 | Declaration of Robert Rock, Director of Elections, Rhode Island Department of State, filed by plaintiffs as pages 234–41 of ECF No. 54-2 in *Washington v. Trump*, Case No. 1:20-cv-03127 (E.D. Wash. Sept. 9, 2020) |
| 7 | Supplemental Declaration of Jocelyn Benson, Secretary of State, State of Michigan, filed by plaintiffs as ECF No. 79-1 in *Washington v. Trump*, Case No. 1:20-cv-03127 (E.D. Wash. Sept. 16, 2020) |
| 8 | Declaration of Jena Griswold, Secretary of State, State of Colorado, filed by plaintiffs as pages 121–29 of ECF No. 54-2 in *Washington v. Trump*, Case No. 1:20-cv-03127 (E.D. Wash. Sept. 9, 2020) |
| 9 | Declaration of Marc Morial, President and Chief Executive Officer, National Urban League |
| 10 | Declaration of Sylvia Albert, Director, Voting and Elections Program, Common Cause |
| 11 | Declaration of Celina Stewart, Chief Counsel, Senior Director of Advocacy and Litigation, League of Women Voters |
| 12 | Declaration of Christopher Cooper, Robert Lee Madison Distinguished Professor, Department Head, Department of Political Science and Public Affairs, Western Carolina University |
| 13 | Declaration of Robert Cintron, Vice President, Logistics, USPS Headquarters, filed by defendants as pages 11–28 of ECF No. 76-2 in *Washington v. Trump*, Case No. 1:20-cv-03127 (E.D. Wash. Sept. 15, 2020) |

| No. | Exhibit |
|---|---|
| 14 | Declaration of John Gibson, President, National Postal Mail Handlers Union Local 308, filed by plaintiffs as pages 70–73 of ECF No. 18-4 in *Pennsylvania v. DeJoy*, Case No. 2:20-cv-4096 (E.D. Pa. Sept. 2, 2020) |
| 15 | USPS, Mandatory Stand-Up Talk: All Employees (July 10, 2020), downloaded from Internal USPS document tells employees to leave mail at distribution centers, Washington Post (last updated July 14, 2020), https://archive.is/lKeZB |
| 16 | USPS, Presentation, PMGs Expectations and Plan (July 2020), downloaded from *Leaked USPS PowerPoint Indicates PMG DeJoy Focus on Getting Operating Costs Under Control*, Alliance of Nonprofit Mailers (July 14, 2020), https://bit.ly/3iZZFL2 |
| 17 | Declaration of Justin Grimmer, Professor of Political Science, Stanford University, filed by plaintiffs as ECF No. 40-3 in *New York v. Trump*, Case No. 1:20-cv-02340 (D.D.C. Sept. 16, 2020) |
| 18 | Declaration of Joan Levy, President, Greater Connecticut Area Local No. 237 of the American Postal Workers Union, filed by plaintiffs as pages 151–76 of ECF No. 54-2 in *Washington v. Trump*, Case No. 1:20-cv-03127 (E.D. Wash. Sept. 9, 2020) |
| 19 | Declaration of Nikki Anthonasin, Clerk Craft Director of Manual and Mechanization, American Postal Workers Union, filed by plaintiffs as pages 1–8 of ECF No. 54-1 in *Washington v. Trump*, Case No. 1:20-cv-03127 (E.D. Wash. Sept. 9, 2020) |
| 20 | Letter from Rickey R. Dean, Manager, Contract Administration, American Postal Workers Union (APWU), to Mark Dimondstein, President, APWU, June 17, 2020, downloaded from *USPS Plans Nationwide Reduction in Mail Processing Equipment Due to Mail Volume Decline*, 21st Century Postal Worker (June 23, 2020), https://bit.ly/2HfehIn (click link "Read More") |
| 21 | Declaration of Jason DeChambeau, Director, Processing Operations, USPS Headquarters, filed by defendants as pages 16–26 of ECF No. 76-3 in *Washington v. Trump*, Case No. 1:20-cv-03127 (E.D. Wash. Sept. 15, 2020) |
| 22 | Declaration of Kevin Couch, Director, Maintenance Operations, USPS Headquarters, filed by defendants as pages 8–15 of ECF No. 76-3 in *Washington v. Trump*, Case No. 1:20-cv-03127 (E.D. Wash. Sept. 15, 2020) |
| 23 | Declaration of Jennifer Vo, Director, City Delivery, USPS Headquarters, filed by defendants as pages 71–94 of ECF No. 76-3 in *Washington v. Trump*, Case No. 1:20-cv-03127 (E.D. Wash. Sept. 15, 2020) |
| 24 | USPS, Office of the Inspector General, Audit Report: Processing Readiness of Election and Political Mail During the 2020 General Elections, Report No. 20-225-R20 (Aug. 31, 2020), https://bit.ly/2HjFFVD |

| No. | Exhibit |
|---|---|
| 25 | Letter from Louis DeJoy to Nancy Pelosi, Speaker, U.S. House of Representatives, and Charles E. Schumer, Minority Leader, U.S. Senate (Aug. 14, 2020), https://bit.ly/3mJzbjg |
| 26 | Declaration of Justin Regus, President, Agility Economics |
| 27 | USPS, Service Performance Measurement: PMG Briefing (Aug. 12, 2020), downloaded from *New Postal Service Documents Show Nationwide Delays Far Worse Than Postal Service Has Acknowledged*, House Committee on Oversight and Reform, https://bit.ly/2FVqgui (see link "Click here to read the new documents released by the Committee today.") |
| 28 | USPS, Congressional Briefing: Transportation & Service Performance Updates (Aug. 31, 2020), https://bit.ly/2HoBDLU |
| 29 | Letter from Thomas J. Marshall, General Counsel, USPS, to John Thurston, Arkansas Secretary of State (July 29, 2020), downloaded from *U.S. Postal Service Letters to States*, Washington Post (Aug. 17, 2020), https://archive.is/idCiy |
| 30 | Transcript of *Protecting the Timely Delivery of Mail, Medicine, and Mail-in Ballots: Hearing Before the H. Comm. on Oversight and Reform* (Aug. 24, 2020) (testimony of Postmaster General Louis DeJoy), CQ Quarterly |
| 31 | Statement of Postmaster General Louis DeJoy, *Examining the Finances and Operations of the United States Postal Service During COVID-19 and Upcoming Elections: Hearing Before the S. Comm. on Homeland Sec. and Gov't Affs.* (Aug. 21, 2020), https://bit.ly/2G4CTTS |
| 32 | USPS, Postmaster General Louis DeJoy Statement (Aug. 18, 2020), https://bit.ly/3kAFVOk |
| 33 | Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents filed by plaintiffs as pages 2–27 of ECF No. 55-3 in *Washington v. Trump*, Case No. 1:20-cv-03127 (E.D. Wash. Sept. 9, 2020) |
| 34 | Declaration of Eitan D. Hersh, Associate Professor of Political Science, Tufts University, filed by plaintiffs as ECF No. 40-4 in *New York v. Trump*, Case No. 1:20-cv-02340 (D.D.C. Sept. 16, 2020) |
| 35 | Declaration of Tiffany Majors, Member, National Urban League |
| 36 | Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents in *Pennsylvania v. DeJoy*, Case No. 2:20-cv-04096-GAM (E.D. Pa. [Oct.] 18, 2020) |
| 37 | Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for a Preliminary Injunction, filed by defendants as ECF No. 22 in *Jones v. U.S. Postal Serv.*, Case No. 1:20-cv-06516-VM (S.D.N.Y. Sept. 8, 2020) |