**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL URBAN LEAGUE, on behalf of itself and its members; COMMON CAUSE, on behalf of itself and its members; LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, on behalf of itself and its members,<br><br>Plaintiffs,<br><br>vs.<br><br>LOUIS DEJOY, in his official capacity as Postmaster General; and the UNITED STATES POSTAL SERVICE,<br><br>Defendants. | No. 1:20-cv-2391 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), no answer or motion for summary judgment having been served in this action, plaintiffs hereby voluntarily dismiss this action without prejudice.

Dated: December 14, 2020

Respectfully submitted,

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**

Kristen Clarke*
Jon M. Greenbaum*
Ezra D. Rosenberg*
Bradley S. Phillips*
Ajay Saini**
Ryan Snow*
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW
Washington, DC 20001
jgreenbaum@lawyerscommittee.org
erosenberg@lawyerscommittee.org
bphillips@lawyerscommittee.org
asaini@lawyerscommittee.org
rsnow@lawyerscommittee.org

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/ Kenneth L. Chernof*
Kenneth L. Chernof (Bar No. 17195)
John A. Freedman (Bar No. 20276)
Allon Kedem*
Andrew Tutt*
Daniel Jacobson*
Lindsey D. Carson*
Stephen K. Wirth*
Kaitlin Konkel (Bar No. 20001)
Graham W. White (admission pending)
Leslie C. Bailey*
Catherine McCarthy*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
(202) 942-5000
ken.chernof@arnoldporter.com

Douglas A. Winthrop*
Benjamin T. Halbig*
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center - 10th Floor
San Francisco, CA 94111-4024
douglas.winthrop@arnoldporter.com

*Counsel for Plaintiffs National Urban League, Common Cause, and League of Women Voters of the United States*

* *Pro hac vice*
** *Pro hac vice* application forthcoming

Plaintiffs' Notice of Voluntary Dismissal is hereby APPROVED and this action is DISMISSED without prejudice. The Clerk is directed to CLOSE this case.

/s/
George L. Russell, III
United States District Judge